**No. 09-7188. Batyah L. Agron, Petitioner v. Columbia University.**

559 U.S. 1033, 130 S. Ct. 1947, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2532.

March 22, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 558 U.S. 1138, 130 S. Ct. 1067, 175 L. Ed. 2d 929, 2010 U.S. LEXIS 10.

**No. 09-7218. Allan Austin, Petitioner v. Terry McCann, Warden.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2492.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1121, 130 S. Ct. 1067, 175 L. Ed. 2d 899, 2010 U.S. LEXIS 258.

**No. 09-7302. Walter J. Brzowski, Petitioner v. Michael T. Tristano, et al.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2513.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1123, 130 S. Ct. 1076, 175 L. Ed. 2d 902, 2010 U.S. LEXIS 309.

**No. 09-7347. Joel Terrence Abbott, Petitioner v. Jacques A. DeKalb, et al.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2519.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1123, 130 S. Ct. 1078, 175 L. Ed. 2d 904, 2010 U.S. LEXIS 479.

**No. 09-7490. Andrew W. Warfield, Petitioner v. Greg Grams, Warden.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2439.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1126, 130 S. Ct. 1086, 175 L. Ed. 2d 908, 2010 U.S. LEXIS 354.

**No. 09-7557. Calvin Lorinzo Perry, Petitioner v. Virginia.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2546.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1153, 130 S. Ct. 1151, 175 L. Ed. 2d 982, 2010 U.S. LEXIS 585.

**No. 09-7566. Heidi K. Erickson, Petitioner v. Massachusetts.**

559 U.S. 1032, 130 S. Ct. 1944, 176 L. Ed. 2d 408, 2010 U.S. LEXIS 2385.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1153, 130 S. Ct. 1151, 175 L. Ed. 2d 982, 2010 U.S. LEXIS 754.